IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:15-cv-7-BO

| | | |
|---|---|---|
| BARBARA KELLY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| NANCY BERRYHILL, | ) | |
| Acting Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This action being submitted to the Court for an Order upon Plaintiff's showing that the Commissioner of Social Security should pay the sum of $10,000.00 for attorney fees, representing less than 25% of Plaintiff's accrued back benefits, to be paid from Plaintiff's back benefits pursuant to § 406(b) of the Social Security Act. It also appearing that upon receipt of the 406(b) fee, Plaintiff's counsel shall pay to Plaintiff the lesser EAJA fee of $3,693.00.

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff's counsel the sum of $10,000.00 and that Plaintiff's counsel pay to Plaintiff the sum of $3,693.00 and upon the payment of such sums this case is dismissed with prejudice.

SO ORDERED. This 15 day of September 2017.

TERRENCE W. BOYLE
United States District Judge